UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENNY F. HUBBARD, #141527,

      Plaintiff,                      CIVIL ACTION NO. 10-14390

v.

                                        DISTRICT JUDGE LARRY P. ZATKOFF

PRISON HEALTH SERVICES,        MAGISTRATE JUDGE MARK A. RANDON
MICHIGAN DEPARTMENT OF
CORRECTIONS, WARDEN OLSON,
RUM LALONDE, RUM LEMON,
RUM MANSFIELD, DEPUTY WARDEN
MacLAREN, CAPTAIN ANDRZEJAK,
IAN McDONALD, NURSE WILSON,
GREG McQUIGGIN, and BROWN,

      Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTIONS FOR PERMISSION TO EXPAND THE RECORD (DKT. NOS. 67 AND 71)

      This matter is before the Court on Plaintiff's motions for permission to expand the record (Dkt. Nos. 67 and 71). The Court has reviewed the motions, and finds that Plaintiff seeks to expand the record regarding Defendants – primarily the MDOC and PHS – that have been dismissed from this case. There are only two Defendants that remain: Nurse Wilson and RUM Lemon. Lemon no longer works for the MDOC and has not been served. Plaintiff's motions to expand the record do not appear to pertain to Defendants Wilson or Lemon.

      To the extent Plaintiff's motions seek to add new Defendants to this case, Plaintiff should file a "motion for leave to amend" and attach a complete copy of the proposed amended complaint. Accordingly,

**IT IS ORDERED** that Plaintiff's motions for permission to expand the record are **DENIED**.

                                              s/Mark A. Randon
                                              MARK A. RANDON
Dated: August 20, 2012                UNITED STATES MAGISTRATE JUDGE

                                    *Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, August 20, 2012, electronically and by first class mail.*

                                            *s/Melody R. Miles*
                                            *Case Manager to Magistrate Judge Mark A. Randon*
                                            *(313) 234-5542*