UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENNIE HUBBARD, #141527,

    Plaintiff,

v.                                                              Case No. 10-14390
                                                                  Hon. Lawrence P. Zatkoff

PRISON HEALTH SERVICES, INC.,
MICHIGAN DEPT. OF CORRECTIONS,
WARDEN OLSON, RUM LALONDE,
RUM LEMON, RUM MANSFIELD,
DEPUTY WARDEN MACLAREN,
CAPTAIN ANDRZEJAK, IAN MCDONALD,
NURSE WILSON, GREG MCQUIGGEN, AND
MICHAEL BROWN,

    Defendants.
_____/

## ORDER

On March 30, 2012, the Court entered an Order Adopting in Part and Rejecting in Part the Magistrate Judge's Report and Recommendation. Plaintiff filed the instant Motion on August 15, 2012, seeking the Court's leave to file a Motion for Reconsideration of the Court's March 30, 2012, Order. A motion for rehearing or reconsideration must be filed within 14 days after entry of the judgment or order. E.D. Mich. L.R. 7.1(h)(1). Plaintiff claims he did not receive notice of the Court's March 30, 2012, Order until July 21 or 22, 2012. Plaintiff, however, offers nothing to substantiate this claim. Additionally, while claiming to have not received the March 30, 2012, Order until late July 2012, Plaintiff fails to explain why he did not finds that Plaintiff provides insufficient cause to allow him to file an untimely Motion for Reconsideration.

Accordingly, it is HEREBY ORDERED that Plaintiff's Motion Requesting the Court's Permission to File Delayed Motion for Reconsideration [dkt 80] is DENIED.

IT IS SO ORDERED.

Date: November 14, 2012

s/Lawrence P. Zatkoff  
LAWRENCE P. ZATKOFF  
U.S. District Judge